IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                              PLAINTIFF

VS.                                         CASE NO. 09-CV-1058

DELTA FAMILY HEALTH AND
FITNESS FOR CHILDREN, INC.                                                              DEFENDANT

## **ORDER**

The parties have advised the Court that they wish to file a consent order in this matter. Thus, the Court directs the Clerk to reopen the above-styled case so that the Court may enter the consent order. Further, the parties are directed to submit to the Court the proposed consent order on or before Friday, April 29, 2011.

IT IS SO ORDERED, this 27th day of April, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge